A. Augustus Low, as Administrator with the Will Annexed of Abbot A. Low, Deceased, Appellant, et al., Claimants, *v.* State of New York, Respondent. (Claim No. 30361.)

Argued May 27, 1953; decided July 14, 1953.

*J. Theodore Cross* and *Francis C. Steates* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-SEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH F. O'BRIEN, Appellant.

Argued June 1, 1953; decided July 14, 1953.